Javier AMADO–ORTEGA, a.k.a. Javier
Amador Ortega, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 11–70817.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 17, 2012.

Thomas A. Lappin, Esquire, Law Office
Of Thomas A. Lappin, San Diego, CA, for
Petitioner.

Charles S. Greene, U.S. Department of
Justice, Washington, DC, Office of the
Chief Counsel Department of Homeland
Security, San Francisco, CA, for Respondent.

Before: WARDLAW, CLIFTON, and
N.R. SMITH, Circuit Judges.

MEMORANDUM **

Javier Amado–Ortega, a native and citizen of Mexico, petitions for review of the
Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We dismiss the petition for review.

We lack jurisdiction over this petition
for review because Amado–Ortega failed to
establish that his waiver of the right to
appeal the immigration judge's decision
was not knowing and considered. See Biwot v. Gonzales, 403 F.3d 1094, 1098 (9th
Cir.2005) (where a waiver of appeal was
not knowing and considered, the waiver
does not strip us of jurisdiction). Amado–
Ortega was represented by counsel, and
raised no ineffective assistance of counsel
claim. See Magallanes–Damian v. INS,
783 F.2d 931, 934 (9th Cir.1986) (aliens are
generally bound by the conduct of their
attorneys, including admissions made by
them, absent egregious circumstances).

To the extent that Amado–Ortega now
raises an ineffective assistance of counsel
claim, we lack jurisdiction to consider this
claim because it was not raised before the
BIA. See Barron v. Ashcroft, 358 F.3d 674,
678 (9th Cir.2004).

In light of our disposition, we do not
consider Amado–Ortega's remaining contentions.

PETITION FOR REVIEW DISMISSED.

* The panel unanimously concludes this case is
suitable for decision without oral argument.
See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.